BENJAMIN T. IVIE
Nevada Bar: 12408
101 Convention Center Drive, Suite 700
Las Vegas, NV 89109
Email: ben.ivie@cfusacorp.com
Telephone: (702) 718-5199
Facsimile: (702) 623-6837
*Attorney for Defendant*
*2233 Paradise Road LLC,*
*dba Cash Factory USA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMMY EASON JR., <br><br> Plaintiff, <br><br> vs. <br><br> CLARITY SERVICES, INC; 2233 PARADISE ROAD, LLC DBA CASH FACTORY USA; LAC DU FLAMBEQU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS DBA NINGODWAASWI, LLC DBA SKY TRAIL CASH; LAC VIEUX DESERT BAND OF LAKE SUPERIOR CHIPPEWA INDIANS DBA BIG PICTURE LOANS, LLC AND NORTH STAR FINANCE, LLC, <br><br> Defendant | Case No.: 2:22-cv-01387-JCM-NJK <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT 2233 PARADISE ROAD LLC DBA CASH FACTORY USA TO FILE ANSWER** <br><br> **FIRST REQUEST** |

   Defendant, 2233 Paradise Road LLC dba Cash Factory USA, has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HERBY STIPULATED AND AGREED to by and among counsel, that Defendant 2233 Paradise Road LLC dba Cash Factory USA's time to answer, move or otherwise respond to the Complaint in this action is extended from September 16, 2022, through and including **October 14th, 2022**. The request was made by 2233 Paradise Road LLC dba Cash Factory USA so that it can have an opportunity

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 16th day of September 2022.

| | |
|---|---|
| 2233 PARADISE ROAD LLC<br>DBA CASH FACTROY USA | <u>**No opposition**</u> |
| By: <u>/s/ Benjamin T. Ivie</u><br>Benjamin T Ivie, Esq.<br>Nevada Bar No. 12408<br>101 Convention Center Dr.<br>Suite 700<br>Las Vegas, NV  89109<br>Tel: (702) 718-5199<br>Facsimile: (702) 623-6837<br>Email: ben.ivie@cfusacorp.com<br>*Attorney for Defendant*<br>*2233 Paradise Road LLC*<br>*dba Cash Factory USA* | <u>/s/ Michael Kind</u><br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com |

_____
Gerardo Avalos
Nevada Bar No. 15171
George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 19, 2022