```
1  WRIGHT, FINLAY & ZAK, LLP
   Ramir M. Hernandez, Esq.
2  Nevada Bar No. 13146
3  7785 W. Sahara Ave, Suite 200
   Las Vegas, NV 89117
4  (702) 475-7964; Fax: (702) 946-1345
   rhernandez@wrightlegal.net
5  Attorney for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| JIMMY EASON JR., | Case No.: 2:22-CV-01387-JCM-NJK |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| CLARITY SERVICES, INC., 2233 PARADISE ROAD, LLC dba CASH FACTORY USA, LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS dba NIGODWAASWI, LLC dba SKY TRAIL CASH, LAC VIEUX DESERT BANK OF LAKE SUPERIOR CHIPPEWA INDIANS dba BIG PICTURE LOANS, LLC and NORTH STAR FINANCE, LLC, | |
| Defendants. | |

WRIGHT, FINLAY & ZAK, LLP is hereby substituted as counsel of record for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA, in the above-entitled matter in place of and instead of Benjamin T. Ivie, Esq.

DATED this 13 day of October, 2022.

2233 PARADISE ROAD, LLC DBA CASH FACTORY USA

By: _____
Its: Managing Member

Benjamin T. Ivie, Esq., hereby substitutes in his place and stead Wright, Finlay & Zak, LLP, as attorney for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA, in the above-entitled matter.

DATED this 13 day of October, 2022.

By: _____
Benjamin T. Ivie, Esq.
Nevada Bar No. 12408
101 Convention Center Dr., Suite 700
Las Vegas, NV 89109
*Prior Attorney for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA*

Wright, Finlay & Zak, LLP, hereby accepts substitution as attorney for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA, in the above-entitled matter in place and stead of Benjamin T. Ivie, Esq.

DATED this 13th day of October, 2022.

WRIGHT, FINLAY & ZAK, LLP

By: _____
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Defendant, 2233 Paradise Road, LLC dba Cash Factory USA*

IT IS SO ORDERED.
Dated: October 17, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

Page 2 of 3