Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Counsel for Plaintiff Jimmy Eason Jr.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jimmy Eason Jr., <br><br> Plaintiff, <br> v. <br><br> Clarity Services, Inc. et al, <br><br> Defendant. | Case No.: 2:22-cv-01387-JCM-NJK <br><br> **Notice of settlement between Plaintiff and Lac du Flambeau Band of Lake Superior Chippewa Indians dba Ningodwaaswi, LLC dba Sky Trail Cash** |

The dispute between Jimmy Eason Jr. ("Plaintiff") and Lac du Flambeau Band of Lake Superior Chippewa Indians dba Ningodwaaswi, LLC dba Sky Trail Cash ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: November 2, 2022.

**Kind Law**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jimmy Eason Jr.*

Notice                    - 1 -