Michael Kind, Esq.
Nevada Bar No.: 13903
Kind Law
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Jimmy Eason Jr.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jimmy Eason Jr., <br><br> Plaintiff, <br> v. <br><br> Clarity Services, Inc. et al, <br><br> Defendants. | Case No.: 2:22-cv-01387-JCM-NJK <br><br> **Stipulation and order to compel arbitration and stay action** |

Jimmy Eason Jr. ("Plaintiff") and 2233 Paradise Road, LLC dba Cash Factory USA ("Defendant) (jointly as "the parties") stipulate to arbitrate their dispute in AAA. The parties therefore stipulate as follows:

1. Plaintiff will arbitrate his claims through private arbitration.

2. This action is stayed pending the arbitration proceedings between the parties.

3. Plaintiff's motion to dismiss is moot as of the filing of this stipulation. ECF No. 19.

STIPULATION                                              - 1 -

4. Plaintiff's motion to stay case is moot as of the filing of this stipulation. ECF No. 20.

IT IS SO STIPULATED.

Dated: November 23, 2022.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jimmy Eason Jr.*

**WRIGHT, FINLAY, & ZAK, LLP**

/s/ Ramir Hernandez
Ramir Hernandez, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Defendant 2233 Paradise Road, LLC dba Cash Factory USA*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 21, 2022

STIPULATION                              - 2 -