AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Jimmy Eason Jr.,

                  Plaintiff,

   v.

North Star Finance, LLC

                  Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01387-JCM-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff, Jimmy Eason, Jr. and against Defendant, North Star Finance, LLC in the amount of $1,000 in damages plus $2,507.50 for attorney's fees, and $667.00 in costs for a total of $4,174.50.

|  |  |
|---|---|
| 4/17/2023 | DEBRA K. KEMPI |
| Date | Clerk |
|  | /s/ E. Smith |
|  | Deputy Clerk |