Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jimmy Eason Jr.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jimmy Eason Jr., <br> Plaintiff, <br> v. <br><br> Clarity Services, Inc. et al, <br> Defendants. | Case No.: 2:22-cv-01387-JCM-NJK <br><br> **Stipulation for dismissal of 2233 Paradise Road, LLC dba Cash Factory USA with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jimmy Eason Jr. and 2233 Paradise Road, LLC dba Cash Factory USA stipulate to dismiss Plaintiff's claims against 2233 Paradise Road, LLC dba Cash Factory USA with

1 | prejudice.
2 | Each party will bear its own costs, disbursements, and attorney fees.
3 | Dated: July 14, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jimmy Eason Jr.*

**WRIGHT, FINLAY ,& ZAK, LLP**

/s/ Ramir Hernandez
Ramir Hernandez, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Defendant 2233 Paradise Road, LLC dba Cash Factory USA*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: July 17, 2023

STIPULATION                              - 2 -